**1494-14**

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 10-13-00417-CR | OFFENSE: | Aggravated Sexual Assault |

STYLE:  John Marcus Leos v. The State of Texas    COUNTY:  McLennan

TRIAL COURT:  54th District Court  
TRIAL COURT #:  2012-1350-C2  
TRIAL COURT JUDGE:  Hon. Matt Johnson  
DISPOSITION:  AFFIRMED

_____ MOTION  
FOR REHEARING IS: _____  
DATE: _____  
JUDGE: _____

DATE:  October 16, 2014

JUSTICE:  Scoggins       PC ____   S  YES  
PUBLISH: _____      DNP:  YES

CLK RECORD:  1/2/2014          SUPP CLK RECORD: _____  
RPT RECORD:  3/10/2014         SUPP RPT RECORD: _____  
STATE BR:  5/20/2014           SUPP BR: _____  
APP BR:  4/24/2014             PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**1494-14**

## ELECTRONIC RECORD            CCA # _____ **1494-14**

----------------------

__APPELLANT'S__ Petition  
FOR DISCRETIONARY REVIEW IN CCA IS:  
__REFUSED__,  
DATE: _02/25/2015_  
JUDGE: _Per Curiam_

Disposition: _____  
DATE: _____  
JUDGE: _____  
SIGNED: _____      PC: _____  
PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN  
CCA IS: _____ ON _____  
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:  
_____ ON _____  
JUDGE: _____